UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHLOYDE PELTON and SHIRLEY PELTON, | |
| Plaintiff, | Case Number 1:21-cv-4316 |
| v. | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | |
| Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL OF CATERPILLAR INC.

The above-captioned Plaintiffs, by Plaintiffs' attorneys in this action, and Defendant, Caterpillar Inc., by their attorneys, hereby stipulate and agree to enter an order voluntarily dismissing all claims made by Plaintiffs against Caterpillar Inc., without prejudice and without costs or fees to each party; and agree that Caterpillar Inc. is dismissed from this action and that an order may be entered to that effect without further notice.

Dated this 23rd Day of August, 2021.

AGREED TO:

/s/ *Justin Borawski*
Justin Borawski (6288030)
The Cook Group, PLLC
125 S. Clark St., 17th Floor
Chicago, IL 60603
Telephone: 312-639-3886
**Attorney for Defendant Caterpillar Inc.**
jborawski@cookgrouplegal.com

/s/ *Lawrence Holcomb*
Lawrence Holcomb
Flint Law Firm, LLC
222 East Park Street, Suite 500
Edwardsville, IL, 62025
Telephone: 618-288-4777
**Attorney for Plaintiffs**
lholcomb@flintlaw.com