IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHLOYDE PELTON and SHIRLEY PELTON, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL NO. 21-cv-04316 ) |
| AIR & LIQUID SYSTEMS CORP., et al., | ) ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIULATED AND AGREED by the parties that the Plaintiffs' claims against defendant, Alfa Laval Inc., incorrectly sued as "Alfa Laval, Inc., individually and as successor-in-interest to DeLaval Purifiers," only, *without prejudice*, in the above and foregoing cause of action. Each party to bear its own costs.

/s/ Lawrence K. Holcomb
**ATTORNEYS FOR PLAINTIFFS**
FLINT LAW FIRM, LLC
222 E. Park Street, Suite 500
Edwardsville, IL 62025

/s/ C. Matt Alva
**ATTORNEYS FOR DEFENDANT**
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Ave., Suite 3300
Chicago, IL 60611

C. Matt Alva # 6305365
**SWANSON, MARTIN & BELL, LLP**
330 N. Wabash Ave, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
calva@smbtrials.com