UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHOLYDE PELTON AND SHIRLEY PELTON ) | |
| ) | |
| Plaintiffs, ) | Case No.: 1:21-cv-04316 |
| ) | |
| v. ) | |
| ) | |
| AIR AND LIQUID SYSTEMS CORP., et al, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

**MOTION TO WITHDRAW APPEARANCE**

The below-signed attorney, Shannon M. Harvey, filed an appearance on behalf of Defendant Honeywell International, Inc., f/k/a Allied Signal Inc., as successor-in-interest to The Bendix Corporation ("Honeywell"). Honeywell was dismissed from this action by Court order on October 1, 2021 (DE 75). Shannon M. Harvey hereby withdraws as attorney of record for Honeywell and requests that she be removed from the noticing list (including CM/ECF) for the above-referenced case and all proceedings. Respectfully submitted,

    HONEYWELL INTERNATIONAL INC., f/k/a
    ALLIEDSIGNAL INC., as successor-in-interest to THE
    BENDIX CORPORATION

    BY: /s/ Shannon M. Harvey
        One of Its Attorneys

Shannon M. Harvey – sharvey@tresslerllp.com
Matthew J. O'Malley – momalley@tresslerllp.com
Jennifer L. Smith – jsmith@tresslerllp.com
Tressler LLP
233 South Wacker Drive – 61st Floor
Chicago, Illinois 60606-6399
Telephone: (312) 627-4000

## PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that she served the foregoing documents referred to therein via the court's electronic filing system a copy to all attorneys of record on the 5th day of October, 2021.

/s/ Diane B. Novosel
[x] Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein as true and correct.