# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Chloyde Pelton et al,

Plaintiff(s),

v.

John Crane, Inc.,

Defendant(s).

Case No. 21 CV 4316
Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) John Crane, Inc.
and against plaintiff(s) Chloyde Pelton and Shirley Pelton

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge John Robert Blakey presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     on a motion

Date:  3/6/2024

Thomas G. Bruton, Clerk of Court

G. Lewis , Deputy Clerk